Walter N. Smith et al., Appellants, *v.* William O'Dwyer, Mayor of the City of New York, et al., Constituting the New York City Transit Commission, et al., Respondents.

Submitted July 19, 1949; decided July 19, 1949.

*John P. McGrath, Corporation Counsel (W. Bernard Richland* of counsel), for motion.

*Walter N. Smith,* in person, opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion.